■ THE PEOPLE OF THE STATE OF NEW YORK v. FLOYD KAZMERSKI.— Motion for an enlargement of time granted, only insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the District Attorney may enter an order dismissing the appeal without notice to the appellant. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY GERSTENFELD.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten record, without printing the same, but upon printed appellant's points; the appellant to serve one copy of the typewritten record upon the District Attorney of New York County and file six copies thereof; the typewritten record and appellant's printed points to be filed with this court on or before April 25, 1961, with notice of argument for the June 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ In the Matter of GOVERNMENT OF BRITISH HONDURAS v. S. SAMUEL DI FALCO, Individually and as a Surrogate of the Surrogate's Court of the State of New York, County of New York.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

## (April 17, 1961)

■ DANIEL P. FRENCH, Individually and as President, v. MARTIN RARBACK, as Secretary-Treasurer or LOUIS CAPUTO, as President of District Council No. 9.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before April 27, 1961, with notice of argument for May 9, 1961, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.